**SEND**

**ENTER JS-6**

**ENTERED**

JUL 1 0 2001

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

BY _____ DEPUTY

FILED
CLERK, U S DISTRICT COURT

JUL - 9 2001

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION        BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWIGHT F. DAY, JR., | Case No. EDCV 00-00385-VAP (ANx) |
| Plaintiffs, | |
| v. | **ORDER OF DISMISSAL** |
| SURROUNDVISION ADVANCED IMAGING LLC, et al., | |
| Defendants | |

THE COURT having been notified of settlement of this matter by counsel,

THE COURT ORDERS that this action be, and hereby is, dismissed without prejudice.

THE COURT to retain jurisdiction for a period of 30 days to enforce the terms of the settlement.

The Clerk shall mail, FAX or E:mail a copy of this Order to all counsel of Record

Dated. July 9, 2001

VIRGINIA A. PHILLIPS
United States District Judge

ENTER ON ICMS

JUL 1 0 2001

Docketed
Copies / NTC Sent
JS 5 / JS - 6
JS - 2 / JS - 3
CLSD